FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM EUGENE MARTIN a/k/a Lillian Martin,<br><br>                 Plaintiff,<br><br>v.<br><br>JEFFREY A. UTTECHT, STEPHEN BOLINGER, JERRY WONDERS, SHAWNA NISSEN, and JOSHUA CRUGER,<br><br>                 Defendants. | No.   4:20-cv-05154-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 21, 2021, Plaintiff filed a Motion to Dismiss, ECF No. 66. Consistent with Plaintiff's request and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's Motion to Dismiss, **ECF No. 66**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

     **5.**     The Clerk's Office is directed to **CLOSE** this file.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and *pro se* Plaintiff.

     **DATED** this 22ⁿᵈ day of January 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2